# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANSARA, Executor of the Estate of Nancy Quon,<br><br>           Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY; JOHN YEAGER; JOE SLADEK, II,<br><br>           Defendants. | Case No. 2:15-cv-00365-GMN-GWF<br><br>**ORDER** |

    This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated March 2, 2015, required the parties to file a Joint Status Report no later than April 4, 2015. To date the parties have not complied. Accordingly,

    **IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **April 20, 2015**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

    DATED this 9th day of April, 2015.

                                                          GEORGE FOLEY, JR.
                                                           United States Magistrate Judge