# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANSARA, Executor of the Estate of Nancy Quon,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY; JOHN YEAGER; JOE SLADEK, II,<br><br>    Defendants. | Case No. 2:15-cv-00365-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the Stipulation and Order to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss and Plaintiff's Motion to Remand to State Court (#21), filed April 20, 2015. Upon review and consideration, as well as oral argument by counsel, and good cause appearing,

**IT IS ORDERED** that the Stipulation and Order to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss and Plaintiff's Motion to Remand to State Court (#21) is **granted**. If the motion to dismiss is denied, the parties should file a proposed discovery plan and scheduling order within fourteen (14) days after said denial.

DATED this 15th day of May, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge